*E-Filed 1/6/12 *

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CHRISTINE ALLEN,

    Plaintiff,

 v.

UNITED AIR LINES, INC., et al.,

    Defendants.

_____/

No. C 11-03326 RS

**CASE MANAGEMENT SCHEDULING ORDER**

  Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on January 5, 2012. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

  1. ALTERNATIVE DISPUTE RESOLUTION.

  MEDIATION. This matter is referred to mediation to be completed within 120 days of the issuance of this order. The parties shall promptly notify the Court whether the case is resolved at the conference.

  2. DISCOVERY. On or before June 20, 2012, all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a

CASE MANAGEMENT SCHEDULING ORDER

1  reasonable number of requests for production of documents or for inspection per party; and (d) a
2  reasonable number of requests for admission per party.

3      3.    EXPERT WITNESSES. On or before August 16, 2012, all expert discovery shall be
4  completed by the parties.

5      4.    FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management
6  Conference shall be held on **July 12, 2012 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States
7  Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case
8  Management Statement at least one week prior to the Conference.

9      5. PRETRIAL MOTIONS. All pretrial motions must be filed and served pursuant to Civil
10 Local Rule 7. All pretrial motions shall be heard no later than November 15, 2012.

11     6.    PRETRIAL STATEMENTS. At a time convenient to both, counsel shall meet and
12 confer to discuss preparation of a joint pretrial statement, and on or before January 3, 2013, counsel
13 shall file a Joint Pretrial Statement.

14     7.    PRETRIAL CONFERENCE. The final pretrial conference will be held on **January
15 17, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate
16 Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend
17 personally.

18     8.    TRIAL DATE. Trial shall commence on **January 28, 2013 at 9:00 a.m.**, in
19 Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco,
20 California.

22     IT IS SO ORDERED.

24     DATED: 1/6/12

                RICHARD SEEBORG
                United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

2