Richard G. Grotch, Esq. – SBN 127713
Gina J. Allendorf, Esq. – SBN 203809
**CODDINGTON, HICKS & DANFORTH**
A Professional Corporation, Lawyers
555 Twin Dolphin Drive, Suite 300
Redwood City, CA  94065-2133
Telephone: (650) 592-5400
Facsimile:  (650) 592-5027

**ATTORNEYS FOR** Defendant
UNITED AIR LINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTINE ALLEN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED AIR LINES, INC., a Delaware corporation; and DOE ONE through DOE ONE HUNDRED, inclusive,<br><br>　　　　　Defendants. | Case No.   CV 11 3326 RS<br><br>STIPULATION FOR ORDER REGARDING EXTENSION OF MEDIATION DEADLINE |

WHEREAS the current deadline to complete mediation in this case is May 4, 2012;

WHEREAS mediator Eric Danoff, Esq. has been appointed and a mediation has been scheduled;

WHEREAS plaintiff CHRISTINE ALLEN (hereinafter "plaintiff") will be asked to and has agreed to submit to a general orthopedic examination and a general neurological examination, not be concluded until June 7, 2012;

WHEREAS the medical experts require sufficient time to generate reports based upon said examination;

///

///

1

WHEREAS defendant UNITED AIR LINES, INC. (hereinafter "United") believes that the examinations will assist it in assessing and evaluating the orthopedic and neurological claims asserted by plaintiff and contribute to a more meaningful and productive mediation;

WHEREAS plaintiff and United continue to propound and respond to discovery;

WHEREAS plaintiff and United concur that a mediation date of May 4, 2012 is premature;

IT IS HEREBY STIPULATED, by and between plaintiff and United, through their counsel of record, as follows:

1. That the Court be requested to enter an order extending the deadline for court ordered mediation;

**2.** That new mediation deadline be extended to June 28, 2012.

IT IS SO STIPULATED.

Dated: April 23, 2012                 CODDINGTON, HICKS & DANFORTH

By: /s/ *Gina J. Allendorf*
Gina J. Allendorf (*)
Attorneys for Defendant
UNITED AIR LINES, INC.

Dated: April 23, 2012                 O'REILLY ‖ COLLINS

By: /s/ *Matthew W. O'Reilly*
Matthew W. O'Reilly
Attorneys for Plaintiff
CHRISTINE ALLEN

(*) I hereby attest that I have on file all holograph signatures
for any signatures indicated by a "conformed" signature (/s/)
within this e-filed document.

**ORDER**

The Court, having read and considered the foregoing stipulation, and good cause appearing, finds that the above-recited Stipulation is sanctioned by the Court, and shall be, and now is, the Order of the Court.

IT IS SO ORDERED.

Dated: April 23, 2012

_____
Honorable Richard Seeborg
United States District Judge