Richard G. Grotch, Esq. – SBN 127713
Gina J. Allendorf, Esq. – SBN 203809
**CODDINGTON, HICKS & DANFORTH**
A Professional Corporation, Lawyers
555 Twin Dolphin Drive, Suite 300
Redwood City, CA 94065-2133
Telephone: (650) 592-5400
Facsimile: (650) 592-5027
E-mail: rgrotch@chdlawyers.com

**ATTORNEYS FOR** Defendant
UNITED AIR LINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTINE ALLEN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED AIR LINES, INC., a Delaware corporation; and DOE ONE through DOE ONE HUNDRED, inclusive,<br><br>　　　　　Defendants. | Case No.   CV 11 3326 RS (MEJ)<br><br>STIPULATION FOR ORDER REGARDING PHYSICAL EXAMINATIONS OF PLAINTIFF CHRISTINE ALLEN |

　　　　WHEREAS plaintiff CHRISTINE ALLEN (hereinafter "plaintiff") asserts claims in this action that she suffered injuries of an orthopedic and neurological nature; and

　　　　WHEREAS plaintiff has placed certain orthopedic and neurological conditions in controversy in this case; and

　　　　WHEREAS defendant UNITED AIR LINES, INC. (hereinafter "United") believes that in view of plaintiff's claims, good cause exists for orthopedic and neurological examinations of the plaintiff in that the examinations will assist it in assessing and evaluating the orthopedic and neurological claims asserted by plaintiff, as well as her claims for special and general damages based upon those conditions;

///

///

IT IS HEREBY STIPULATED, by and between plaintiff and United, through their counsel of record, and pursuant to Rule 35 of the Federal Rules of Civil Procedure, as follows:

1. That the Court be requested to enter an order requiring plaintiff's attendance and participation at the medical examinations described herein;

2. Plaintiff shall submit to a general orthopedic examination by Dr. Sampson in his office located at 2299 Post Street, Suite 107, San Francisco, California, at 1:00 p.m. on June 7, 2012, or such other date and time to be agreed upon by the parties. The examination shall include a functional soft tissue examination and any and all other tests which are ordinarily deemed a part of a general orthopedic examination.

3. Plaintiff shall also submit to a general neurological examination by Dr. Strassberg in his office located at 2000 Van Ness Avenue, Suite 610, San Francisco, California, at 1:00 p.m. on May 17, 2012, or such other date and time to be agreed upon by the parties. The examination shall include motor and sensory examinations and any and all other tests which are ordinarily deemed a part of a general neurological examination.

4. The examinations will not include any blood draws, urine tests, x-rays, CT scans, MRIs or any other radiographic studies.

5. The examinations may not include any diagnostic test or procedure that is painful, protracted, or intrusive.

6. Plaintiff's counsel may record or may designate a representative to record the entire audio content of the examination. Plaintiff's counsel shall inform defense counsel of the full names of any persons who will be present with plaintiff at her examinations so that the examining doctors and their staff may be informed in writing of their names and will authorize these persons to be present for the examination in accordance with the examiners' practice of preserving the medical privacy rights of patients.

7. The examinations will only be rescheduled or continued if an unavoidable medical emergency occurs in which the doctor's medical expertise is required on an emergent basis. United's counsel will immediately provide plaintiff's counsel with a full explanation of any emergent medical event

2

Stipulation for Physical Examinations of Plaintiff Christine Allen
Case No: CV 11 3326 RS

should it occur and should it result in the need for the physician to reschedule plaintiff's examination or leave plaintiff's examination prematurely.

    8.    United shall bear all costs of the examinations.

IT IS SO STIPULATED.

Dated: April 23, 2012                CODDINGTON, HICKS & DANFORTH

By: /s/ *Gina J. Allendorf*
Gina J. Allendorf (*)
Attorneys for Defendant
UNITED AIR LINES, INC.

Dated: April 23, 2012                O'REILLY ‖ COLLINS

By: /s/ *Matthew W. O'Reilly*
Matthew W. O'Reilly
Attorneys for Plaintiff
CHRISTINE ALLEN

(*) I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

### ORDER

The Court, having read and considered the foregoing stipulation, and good cause appearing, the Court finds that the above-recited Stipulation is sanctioned by the Court, pursuant to Rule 35 of the Federal Rules of Civil Procedure and shall be, and now is, the Order of the Court.

IT IS SO ORDERED.

Dated: April 23 2012

Magistrate Judge Maria-Elena James
United States Magistrate Judge