Richard G. Grotch, Esq. – SBN 127713
Gina J. Beltramo, Esq. – SBN 203809
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, CA  94065-2133
Telephone: (650) 592-5400
Facsimile:  (650) 592-5027
E-mail:  rgrotch@chdlawyers.com

**ATTORNEYS FOR** Defendant
UNITED AIR LINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTINE ALLEN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UNITED AIR LINES, INC., a Delaware corporation; and DOE ONE through DOE ONE HUNDRED, inclusive,<br><br>　　　　　　Defendants. | Case No.   CV 11 3326 RS<br><br>STIPULATION FOR ORDER REGARDING EXTENSION OF MEDIATION DEADLINE; PERMISSION TO ENGAGE IN PRIVATE MEDIATION; CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER |

　　　　WHEREAS the parties consented to mediation of this case and the Court entered an order requiring the parties to mediate; and

　　　　WHEREAS the case was referred to court-annexed mediation and Eric Danoff, Esq. was appointed to serve as the mediator; and

　　　　WHEREAS plaintiff's counsel has just advised defendant's counsel that plaintiff has an additional surgery now scheduled to be performed on August 8, 2012, by Dr. Michael Dillingham; and

　　　　WHEREAS plaintiff will likely contend the August 8, 2012 surgery was necessitated by injuries she claims to have sustained in the September 18, 2010 incident that gives rise to this case; and

1

WHEREAS additional time is now necessary in order for plaintiff to undergo and recover from the surgery, for physicians to assess her prognosis in light of the surgery and for the defendant to depose the surgeon regarding the surgery and the plaintiff's prognosis; and

WHEREAS counsel for the parties have conferred about the desirability of mediating this case with a retired judicial officer acting as the mediator; and

WHEREAS the parties have agreed that the Honorable Ellen Sickles James (ret'd), of JAMS, would be an appropriate mediator for this dispute; and

WHEREAS the mediation completion deadline (having previously been continued to facilitate medical examinations and investigation of the nature and extent of Medicare's priority right of recovery) is currently August 24, 2012; and

WHEREAS a further case management conference is currently scheduled for August 30, 2012;

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that this Court be asked to issue an order:

1. Further extending the mediation completion deadline to and including October 26, 2012;

2. Permitting the parties to engage in private mediation, with Judge Ellen James, at JAMS, serving as the mediator, instead of court-annexed mediation with mediator Eric Danoff, Esq.; and

3. Continuing the further case management conference to Thursday, November 1, 2012, at 10:00 a.m., in Courtroom 3 of this Court, located at 450 Golden Gate Avenue, San Francisco, California.

///
///
///
///
///
///
///

IT IS SO STIPULATED.

Dated: July 23, 2012                               CODDINGTON, HICKS & DANFORTH

                                                   /s/ *Richard G. Grotch*
                                                   By: _____
                                                       Richard G. Grotch (*)
                                                       Attorneys for Defendant
                                                       UNITED AIR LINES, INC.


Dated: July 23, 2012                               O'REILLY ‖ COLLINS

                                                   /s/ *James P. Collins*
                                                   By: _____
                                                       James P. Collins
                                                       Attorneys for Plaintiff
                                                       CHRISTINE ALLEN

(*)  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED that:

1.   The deadline by which the parties must complete the mediation process in this case shall be October 26, 2012;

2.   The parties shall be permitted to engage in private mediation, with Judge Ellen James, at JAMS, serving as the mediator, instead of court-annexed mediation with mediator Eric Danoff, Esq.; and

///

///

///

///

1   3.   The further case management conference in this case shall be continued to Thursday, November 1, 2012, at 10:00 a.m., in Courtroom 3 of this Court, located at 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

Dated: July 24, 2012

_____
Honorable Richard Seeborg
United States District Judge

4

Stipulation and [Proposed] Order
Case No: CV 11 3326 RS