1  Richard G. Grotch, Esq. – SBN 127713
   Gina J. Beltramo, Esq. – SBN 203809
2  **CODDINGTON, HICKS & DANFORTH**
   **A Professional Corporation, Lawyers**
3  555 Twin Dolphin Drive, Suite 300
   Redwood City, CA  94065-2133
4  Telephone:  (650) 592-5400
   Facsimile:   (650) 592-5027
5  E-mail:   rgrotch@chdlawyers.com

6  **ATTORNEYS FOR** Defendant
   UNITED AIR LINES, INC.
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11 | CHRISTINE ALLEN,                          | Case No.   CV 11 3326 RS
12 |          Plaintiff,                       | STIPULATION FOR ORDER REGARDING EXTENSION OF MEDIATION DEADLINE;
13 | vs.                                       | PERMISSION TO ENGAGE IN PRIVATE MEDIATION; CONTINUANCE OF
14 | UNITED AIR LINES, INC., a Delaware        | FURTHER CASE MANAGEMENT
15 | corporation; and DOE ONE through DOE      | CONFERENCE; [~~PROPOSED~~] ORDER
   | ONE HUNDRED, inclusive,
16 |          Defendants.
17

18         WHEREAS the parties consented to mediation of this case and the Court entered an order

19  requiring the parties to mediate; and

20         WHEREAS the case was referred to court-annexed mediation and Eric Danoff, Esq. was

21  appointed to serve as the mediator; and

22         WHEREAS plaintiff's counsel has just advised defendant's counsel that plaintiff has an

23  additional surgery now scheduled to be performed on August 8, 2012, by Dr. Michael Dillingham;

24  and

25         WHEREAS plaintiff will likely contend the August 8, 2012 surgery was necessitated by

26  injuries she claims to have sustained in the September 18, 2010 incident that gives rise to this case;

27  and

28

                                                  1

1   WHEREAS additional time is now necessary in order for plaintiff to undergo and recover from the surgery, for physicians to assess her prognosis in light of the surgery and for the defendant to depose the surgeon regarding the surgery and the plaintiff's prognosis; and

4   WHEREAS counsel for the parties have conferred about the desirability of mediating this case with a retired judicial officer acting as the mediator; and

6   WHEREAS the parties have agreed that the Honorable Ellen Sickles James (ret'd), of JAMS, would be an appropriate mediator for this dispute; and

8   WHEREAS the mediation completion deadline (having previously been continued to facilitate medical examinations and investigation of the nature and extent of Medicare's priority right of recovery) is currently August 24, 2012; and

11  WHEREAS a further case management conference is currently scheduled for August 30, 2012;

13  IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that this Court be asked to issue an order:

15  1.   Further extending the mediation completion deadline to and including October 26, 2012;

17  2.   Permitting the parties to engage in private mediation, with Judge Ellen James, at JAMS, serving as the mediator, instead of court-annexed mediation with mediator Eric Danoff, Esq.; and

19  3.   Continuing the further case management conference to Thursday, November 1, 2012, at 10:00 a.m., in Courtroom 3 of this Court, located at 450 Golden Gate Avenue, San Francisco, California.

///
///
///
///
///
///
///

2

Stipulation and [Proposed] Order
Case No:  CV 11 3326 RS

1   IT IS SO STIPULATED.

2   Dated: July 23, 2012                              CODDINGTON, HICKS & DANFORTH

4                                                    /s/ *Richard G. Grotch*
                                                 By: _____
5                                                    Richard G. Grotch (*)
                                                     Attorneys for Defendant
6                                                    UNITED AIR LINES, INC.

8   Dated: July 23, 2012                              O'REILLY ‖ COLLINS

10                                                   /s/ *James P. Collins*
                                                 By: _____
11                                                   James P. Collins
                                                     Attorneys for Plaintiff
12                                                   CHRISTINE ALLEN

14  (*)  I hereby attest that I have on file all holograph signatures
    for any signatures indicated by a "conformed" signature (/s/)
15  within this e-filed document.

17                              **[~~PROPOSED~~] ORDER**

18      Pursuant to the stipulation of the parties,

19      IT IS HEREBY ORDERED that:

20      1.   The deadline by which the parties must complete the mediation process in this case

21  shall be October 26, 2012;

22      2.   The parties shall be permitted to engage in private mediation, with Judge Ellen James, at

23  JAMS, serving as the mediator, instead of court-annexed mediation with mediator Eric Danoff, Esq.;

24  and

25  ///

26  ///

27  ///

28  ///

1   3. The further case management conference in this case shall be continued to Thursday, November 1, 2012, at 10:00 a.m., in Courtroom 3 of this Court, located at 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

Dated: July 24, 2012

_____
Honorable Richard Seeborg
United States District Judge

4

Stipulation and [Proposed] Order
Case No: CV 11 3326 RS