AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

CHRISTINE ALLEN

Plaintiff(s),

V.

UNITED AIR LINES, INC., ET AL

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV 11 3326 RS

Notice is hereby given that, subject to approval by the court, __CHRISTINE ALLEN__ substitutes
(Party (s) Name)

__JAMES P. COLLINS__, State Bar No. __097266__ as counsel of record in
(Name of New Attorney)

place of __O'REILLY COLLINS__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: THE BOCCARDO LAW FIRM

Address: 111 WEST SAINT JOHN STREET, SUITE 400, SAN JOSE, CA 95113

Telephone: (408) 298-5678    Facsimile _____

E-Mail (Optional): _____

I consent to the above substitution.

Date: Sept 26, 2012

(Signature of Party (s))

I consent to being substituted.

Date: _____

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: _____

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 10/4/12

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]