Richard G. Grotch, Esq. – SBN 127713
Gina J. Beltramo, Esq. – SBN 203809
**CODDINGTON, HICKS & DANFORTH**
A Professional Corporation, Lawyers
555 Twin Dolphin Drive, Suite 300
Redwood City, CA  94065-2133
Telephone: (650) 592-5400
Facsimile:   (650) 592-5027
E-mail: rgrotch@chdlawyers.com

**ATTORNEYS FOR** Defendant
UNITED AIR LINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTINE ALLEN,<br><br>            Plaintiff,<br><br>vs.<br><br>UNITED AIR LINES, INC., a Delaware corporation; and DOE ONE through DOE ONE HUNDRED, inclusive,<br><br>            Defendants. | Case No.  C 11-3326 RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE<br><br><br>Honorable Richard Seeborg<br>United States District Judge |

IT IS HEREBY STIPULATED by and between plaintiff CHRISTINE ALLEN and defendant UNITED AIR LINES, INC., through their respective counsel of record, that all the claims of plaintiff be, and hereby are, dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear her or its own attorneys' fees and costs of suit.

///

///

///

///

SO STIPULATED.

Dated: February 11, 2013                    THE BOCCARDO LAW FIRM

                                            /s/ *James P. Collins*
                                            By: _____
                                                James P. Collins
                                                Attorney for Plaintiff
                                                Christine Allen

Dated: February 11, 2013                    CODDINGTON, HICKS & DANFORTH

                                            /s/ *Richard G. Grotch*
                                            By: _____
                                                Richard G. Grotch (*)
                                                Attorney for Defendant
                                                United Air Lines, Inc.

(*)   I hereby attest that I have on file all
      Holographic signatures indicated by a
      "conformed" signature (/s/)
      within this e-filed document.

## [~~PROPO~~SED] ORDER

Upon consideration of the foregoing Stipulation for Dismissal with Prejudice, it is hereby ordered that the claims of plaintiff CHRISTINE ALLEN be, and hereby are, dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear her or its own attorneys' fees and costs of suit.

Dated: February 11, 2013

                                            _____
                                            Honorable Richard Seeborg
                                            United States District Judge

STIPULATION AND [~~PROPO~~SED] ORDER OF DISMISSAL WITH PREJUDICE
Case No: CV 11 3326 RS