1  Richard G. Grotch, Esq. – SBN 127713
2  Gina J. Beltramo, Esq. – SBN 203809
   **CODDINGTON, HICKS & DANFORTH**
   **A Professional Corporation, Lawyers**
3  555 Twin Dolphin Drive, Suite 300
   Redwood City, CA  94065-2133
4  Telephone: (650) 592-5400
   Facsimile:  (650) 592-5027
5  E-mail: rgrotch@chdlawyers.com

6  **ATTORNEYS FOR** Defendant
   UNITED AIR LINES, INC.
7

8                    UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11  CHRISTINE ALLEN,                    Case No.   C 11-3326 RS

12              Plaintiff,
                                        STIPULATION AND [PROPOSED]
13  vs.                                 ORDER OF DISMISSAL WITH
                                        PREJUDICE
14  UNITED AIR LINES, INC., a Delaware
    corporation; and DOE ONE through DOE
15  ONE HUNDRED, inclusive,
                                        Honorable Richard Seeborg
16              Defendants.             United States District Judge

17

18          IT IS HEREBY STIPULATED by and between plaintiff CHRISTINE ALLEN and

19  defendant UNITED AIR LINES, INC., through their respective counsel of record, that all the

20  claims of plaintiff be, and hereby are, dismissed with prejudice pursuant to Rule 41(a)(1) of the

21  Federal Rules of Civil Procedure, with each party to bear her or its own attorneys' fees and costs

22  of suit.

23

24  ///

25  ///

26  ///

27  ///

28
                                        1
    STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
    Case No:  CV 11 3326 RS

SO STIPULATED.

Dated:  February 11, 2013                THE BOCCARDO LAW FIRM


                                          /s/ *James P. Collins*

                                        By: _____
                                            James P. Collins
                                            Attorney for Plaintiff
                                            Christine Allen

Dated:  February 11, 2013                CODDINGTON, HICKS & DANFORTH


                                          /s/ *Richard G. Grotch*

                                        By: _____
                                            Richard G. Grotch (*)
                                            Attorney for Defendant
                                            United Air Lines, Inc.


(*)      I hereby attest that I have on file all
         Holographic signatures indicated by a
         "conformed" signature (/s/)
         within this e-filed document.


                          [PROPOSED] ORDER

        Upon consideration of the foregoing Stipulation for Dismissal with Prejudice, it is hereby

ordered that the claims of plaintiff CHRISTINE ALLEN be, and hereby are, dismissed with prejudice

pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear her or its own

attorneys' fees and costs of suit.

Dated:  February 11, 2013


                                        _____
                                        Honorable Richard Seeborg
                                        United States District Judge